# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

Stacy Alice Lilly

    Debtor(s)

:     Case No. 12-58074
:     Chapter 13
:     Judge Caldwell

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Stacy Lilly, through counsel, who respectfully notifies the Court that she has moved and that her new address is as follows:

    6265 Polo Drive W.
    Columbus OH 43229

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2015 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**